# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Blanche Phlaum; Jason Jones

Name(s) of counsel (if any):

Matthew W.H. Wessler; Jessica Garland; Robert Friedman (Gupta Wessler LLP)

Address: 2001 K Street NW, Suite 850 North, Washington, DC 20006

Telephone number(s): (202) 888-1741

Email(s): matt@guptawessler.com; jessie@guptawessler.com, robert@guptawessler.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Navy Federal Credit Union

Name(s) of counsel (if any):

Frederick B. Burnside (Davis Wright Tremaine, LLP)

Address: 920 5th Avenue, Seattle, WA 98104

Telephone number(s):

Email(s): fredburnside@dwt.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Blanche Phlaum; Jason Jones

Name(s) of counsel (if any):

Taras P. Kick (Kick Law Firm, APC)

Address: 815 Moranga Drive, Suite 1000, Los Angeles, CA 90049

Telephone number(s): 310-395-2988

Email(s): taras@kicklawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Navy Federal Credit Union

Name(s) of counsel (if any):

Sancho Accorsi (Davis Wright Tremaine, LLP)

Address: 350 S Grand Avenue, 27th Floor, Los Angeles, CA 90071

Telephone number(s): (213) 633-6800

Email(s): sanchoaccorsi@dwt.com

Name(s) of party/parties:

DOES, 1-100 inclusive

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*