**No. 25-7070**

# In the United States Court of Appeals for the Ninth Circuit

BLANCHE PHLAUM; JASON JONES,
individually, and on behalf of all others similarly situated,
*Plaintiffs-Appellants,*

v.

NAVY FEDERAL CREDIT UNION,
*Defendant-Appellee,*

and

DOES, 1-100 INCLUSIVE,
*Defendant.*

On Appeal from the United States District Court
for the Central District of California
Case No. 5:24-cv-00765-JGB-DTB (The Hon. Jesus G. Bernal)

## DECLARATION OF MATTHEW W.H. WESSLER

I, Matthew W.H. Wessler, declare under penalty of perjury:

1. I am a member in good standing of the Bar of the District of Columbia and the bar of this Court. I am a principal at Gupta Wessler LLP in Washington, D.C., the firm retained as appellate counsel by the plaintiffs-appellants in this matter. The plaintiffs-appellants respectfully request a 30-day extension of time within which to file their opening brief, from January 16, 2026, to and including February 15, 2026. This is the plaintiffs-appellants' second request for an extension in this appeal.

2. There is good cause for this request. I am the lead appellate counsel for the plaintiffs in this case, and I have been heavily engaged with other appellate matters, including multiple briefs. I also have several pressing obligations that have taken up and will continue to take up substantial time over the next month. Specifically, counsel for the plaintiffs-appellants have the following upcoming deadlines:

- A merits brief due in the United States Supreme Court in *Flowers Foods v. Brock*, No. 24-935, on January 12, 2026;

- An opposition to a motion to dismiss due in the U.S. District Court for the Southern District of California in *Rutz. v. Newrez*, No. 3:25-cv-02671-BAS-DDL, on January 13, 2026;

- A status conference in the Superior Court for Los Angeles County in *Wilmot v. First American Title Co.* and *Kaufman v. First American Title Co.*, Nos. BC370141 and BC382826, on January 14, 2026;

- An amicus brief due in the Second Circuit in *People of New York v. Citibank, N.A.*, No. 25-2105, on January 16, 2026;

- An oral argument in the Massachusetts Appeals Court in *AvalonBay Communities Inc. Managing Agent Eaves Peabody v. Kristen Vardenski*, No. 2024-P-1358, on January 16, 2026;

- An opposition to a motion to dismiss due in the U.S. District Court for the Northern District of California in *Chen v. Bank of America*, No. 3:25-cv-03790-EMC, on January 20, 2026;

- An opening brief and appendix due in the Seventh Circuit in *Murray v. Metronet LLC*, No. 25-2687, on January 23, 2025;

- An oral argument in the Seventh Circuit in *Bochat v. Ambit*, No. 25-1325, on January 27, 2026;

- An answering brief due in the Nevada Supreme Court in *USAA Casualty Insurance Co. v. Kuhn*, No. 90310, on January 30, 2026;

- An answering brief due in the California Supreme Court in *Lathrop v. Thor*, No. S287893, on January 30, 2026;

- A hearing on a motion for judgment on the pleadings in the Los Angeles Superior Court in *In re Juul Labs*, No. 19STCV22935, on February 3, 2026;

- A hearing on motions to dismiss in the 17th Judicial Circuit of Florida in *In re Juul*, No. CACE19010866, on February 3, 2026.

3. Counsel for the defendant-appellee, Navy Federal Credit Union, consented to this request.

For the foregoing reasons, the plaintiffs-appellants respectfully request a 30-day extension of time to file and serve their brief, to and including February 15, 2026.

January 7, 2026

Respectfully submitted,

*/s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
ROBERT D. FRIEDMAN
JESSICA GARLAND
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
*matt@guptawessler.com*

*Counsel for Plaintiffs-Appellants*