**No. 25-7070**

# In the United States Court of Appeals for the Ninth Circuit

BLANCHE PHLAUM; JASON JONES,
individually, and on behalf of all others similarly situated,
*Plaintiffs-Appellants,*

v.

NAVY FEDERAL CREDIT UNION,
*Defendant-Appellee,*

and

DOES, 1-100 INCLUSIVE,
*Defendant.*

On Appeal from the United States District Court
for the Central District of California
Case No. 5:24-cv-00765-JGB-DTB (The Hon. Jesus G. Bernal)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

The plaintiffs-appellants respectfully request a 14-day extension of time within which to file their opening brief from February 17, 2026, to and including March 3, 2026. This is the plaintiffs-appellants' third request for an extension in this appeal. The defendant-appellee consents to this request. There is good cause for this request, as follows:

The lead appellate counsel for the appellants in this case, Matthew Wessler—as well as the other members of his firm—have been heavily engaged with

other appellate matters, including multiple briefs. These obligations will make it difficult to properly prepare the brief absent the requested extension. Specifically, counsel for the plaintiffs-appellants have the following upcoming deadlines:

- An appellees' en banc brief due in the U.S. Court of Appeals for the D.C. Circuit due in *NTEU v. Vought*, No. 25-5091, on February 2;

- A hearing in the Los Angeles Superior Court in *In re Juul Labs*, No. 19STCV22935, on February 3;

- A hearing in the 17th Judicial Circuit of Florida in *Craig Shapiro v. Juul Labs Inc.*, No. CACE19010866, on February 3;

- An oral argument in the Southern District of Indiana in *Richards v. Shein*, No. 1:25-cv-01385-TWP-TAB, on February 10;

- An oral argument in the U.S. Court of Appeals for the Second Circuit in *Lowell v. Lyft, Inc.*, No. 24-2948, on February 20;

- A hearing in the Los Angeles Superior Court in *In re Juul Labs*, No. 19STCV22935, on February 20;

- A petition for a writ of certiorari due in the Supreme Court of the United States in *Electrical Workers Trust Fund v. United States* on March 2;

- An opening merits brief due in the Supreme Court of the United States in *Anderson v. Intel Corp. Investment Policy Committee*, No. 25-498, on March 2;

- An oral argument in the Northern District of California in *Chen v. Bank of America*, No. 3:25-cv-03790-EMC, on March 12;

- An opening brief due in the California Court of Appeal, Second District, in *Sjobring v. First American Title Co.*, No. B347938 on March 13;

- A petition for a writ of certiorari due in the Supreme Court of the United States in *Ethridge v. Samsung*, No. 23-40094, on March 16.

For the foregoing reasons, this motion for a 14-day extension of time to file the plaintiffs-appellants' opening brief should be granted.

January 29, 2026

Respectfully submitted,

*/s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
ROBERT D. FRIEDMAN
JESSICA GARLAND
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
*matt@guptawessler.com*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 377 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

January 29, 2026                                    */s/ Matthew W.H. Wessler*
                                                    Matthew W.H. Wessler

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the ACMS system. All participants are registered ACMS users, and will be served by the appellate ACMS system.

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler