No. 25-7070

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

BLANCHE PHLAUM; JASON JONES, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v.

NAVY FEDERAL CREDIT UNION,

*Defendant-Appellee*.

_____

Appeal from the United States District Court for the
Central District of California, Case No. 5:24-cv-00765-JGB-DTB,
Hon. Jesus G. Bernal, United States District Judge

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

_____

| | |
|---|---|
| Fred B. Burnside | Sancho Accorsi |
| James R. Sigel | DAVIS WRIGHT TREMAINE LLP |
| DAVIS WRIGHT TREMAINE LLP | 350 South Grand Avenue, 27th Floor |
| 920 5th Avenue, Suite 3300 | Los Angeles, CA 90071-3487 |
| Seattle, WA 98104-1610 | (213) 663-6800 Phone |
| (206) 622-3150 Phone | SanchoAccorsi@dwt.com |
| FredBurnside@dwt.com | |
| JamesSigel@dwt.com | |

*Attorneys for Defendant-Appellee Navy Federal Credit Union*

1

Pursuant to Federal Rule of Appellate Procedure 27(a) and Circuit Rule 31-2.2(b), Defendant-Appellee Navy Federal Credit Union (Navy Federal) respectfully moves for a 45-day extension of time, to June 18, 2026, in which to file its answering brief.  Navy Federal's answering brief is currently due May 4, 2026.  This is Navy Federal's second request for an extension of time to file its answering brief.  The brief was originally due April 2, 2026.  On April 22, 2026, counsel for Plaintiffs-Appellants informed counsel for Navy Federal that they consent to the requested extension.

Although Navy Federal has acted diligently, there is substantial need for an extension of the current due date.  Counsel for Navy Federal has and had several other matters pending that had or have recent or upcoming deadlines.  Those include, but are not limited to: an answer to a petition for mandamus filed April 13, 2026 in *Cho v. U.S. District Court for the Central District of California*, No. 26-364 (9th Cir.); a petition for a writ of mandamus filed April 15, 2026 in *The Kroger Co. v. The Superior Court of Santa Barbara County*, No. B353828 (Cal. Ct. App., 2nd DCA); a motion to dismiss due April 24, 2026 in *Fons v. Grocery Outlet, Inc.*, No. 5:26-cv-00964-BLF (N.D. Cal.); an oral argument on April 29, 2026 in *Karraa v. Outfront Media, LLC.*, No. B336899 (Cal. Ct. App., 2nd DCA); a reply in support of a motion to dismiss due April 29, 2026 in *Wheaton v. Grand Hustle LLC*, No. 2:25-cv-09264-SPG-PD (C.D. Cal.); an answer to a petition for review due April 30,

2

2026 in *Carreon v. U.S. Foodservice, Inc.*, No. S296091 (Cal. Sup. Ct.); a motion to dismiss due May 4, 2026 in *Lutge v. Timex.com, Inc.*, No. 3:26-cv-00960-EMC (N.D. Cal.); an answering brief due May 6, 2026 in *Crowell v. Audible, Inc.*, No. 25-7331 (9th Cir.); a reply brief due May 6, 2026 in *Hallmark Cards, Inc. v. Davis*, No. B340791 (Cal. Ct. App.); a motion to dismiss due May 6, 2026 in *Firlej v. Petrosian Esthetic Enterprises, LLC*, No. 2:26-cv-01030-MWC (AGRx) (C.D. Cal.); a reply in support of a motion to dismiss due May 8, 2026 in *K.R. v. 1400 23rd LLC*, No. 2:25-cv-02211-TL (W.D. Wash.); an answering brief with a pending request for an extension until May 18, 2026 in *Block Mining, Inc. v. Hosting Source, LLC*, No. 26-757 (9th Cir.); a motion to dismiss due May 21, 2026 in *Cultrara v. Timex Group USA, Inc.*, No. 2:26-cv-00445-BJR (W.D. Wash.); and oral argument on May 28, 2026 in the Washington Supreme Court in *Baker v. Seattle Children's Hospital*, No. 1045905 (Wash.).

3

For the foregoing reasons, Navy Federal respectfully requests that this Court grant an extension of time, to and including June 18, 2026, in which to file the answering brief.

DATED this 23rd day of April, 2026.

DAVIS WRIGHT TREMAINE LLP

By: /s/ *James R. Sigel*
Fred B. Burnside
James R. Sigel
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 Phone
FredBurnside@dwt.com
JamesSigel@dwt.com

Sancho Accorsi
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3487
(213) 663-6800 Phone
SanchoAccorsi@dwt.com

*Attorneys for Defendant-Appellee*
*Navy Federal Credit Union*

4

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this *Unopposed Motion for Extension of Time to File Answering Brief* complies with the word limit of Federal Rule of Appellate Procedure ("Rule") 27(d)(2)(A) because the motion contains 464 words. I further certify that this motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Times New Roman.

Dated: April 23rd, 2026

/s/ *James R. Sigel*